Brian D. Chenoweth, OSB No. 944991
Chenoweth Law Group, PC
510 SW Fifth Avenue, Fifth Floor
Portland, OR 97204-2138
Telephone:  (503) 221-7958
Facsimile:  (503) 221-2182
E-mail: bdc@northwestlaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Portland Division

| | |
|---|---|
| GARY ROGOWSKI,<br><br>             Plaintiff,<br><br>     v.<br><br>SAFECO INSURANCE COMPANY,<br><br>             Defendant. | Case No. 3:17-CV-01483-HZ<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Gary Rogowski hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against Defendant

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Page 1 - **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Safeco Insurance Company.

Dated:  September 22, 2017

        CHENOWETH LAW GROUP, PC

        */s/ Brian D. Chenoweth*
        Brian D. Chenoweth, OSB No. 944991
        510 SW Fifth Ave., Fifth Floor
        Portland, OR  97204
        Phone: (503) 221-7958
        Fax:  (503) 221-2182
        Email: bdc@northwestlaw.com
        *Attorneys for Plaintiff*